In the Matter of RAUL R., Jr., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHALINA C., Also Known as CHALINA R., Appellant. [890 NYS2d 866]—

Memorandum: Respondent mother appeals from an order revoking a suspended judgment and terminating her parental rights with respect to her son on the ground of permanent neglect. Contrary to the mother's contention, petitioner established by a preponderance of the evidence that the mother violated several conditions of the suspended judgment and that termination of her parental rights was in the best interests of the child (*see Matter of Dennis A.*, 64 AD3d 1191, 1192 [2009]; *Matter of Male M.*, 46 AD3d 471 [2007]; *Matter of Aaron S.*, 15 AD3d 585 [2005]). Present—Smith, J.P., Fahey, Carni and Green, JJ.